

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00334-CV

IN THE MATTER OF D.R.
§ On Appeal from the 323rd District Court

§ of Tarrant County (323-118390-22)

§ May 8, 2025

§ Memorandum Opinion by Judge Walker

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. The judgment is affirmed. But the court also holds that there is error in the two trial-court clerk bills of costs. The two bills of costs are modified to delete a total of $249—all the fees assessed by the trial-court clerk in this appeal—and to show a balance due and owing of $0.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
Justice Brian Walker